■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAY SIMMONS, Appellant. [609 NYS2d 875] —Appeal from a judgment of the County Court of Schenectady County (Feldstein, J.), rendered November 19, 1992, convicting defendant upon his plea of guilty of the crime of criminal possession of stolen property in the fourth degree.

Defendant contends that he was denied the effective assistance of counsel by the failure of defense counsel to timely move to dismiss the indictment pursuant to CPL 190.50 (5) (c). The failure to make such a motion, standing alone, is insufficient to establish that defendant was not given meaningful representation. Defendant's conclusory allegations of ineffectiveness do not compel a different result in this case. We have considered defendant's other contentions and find them to be without merit.

Mikoll, J. P., Mercure, Crew III, White and Yesawich Jr., JJ., concur. Ordered that the judgment is affirmed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO ARDILA, Appellant. [609 NYS2d 876] —Appeal from a judgment of the County Court of Chemung County (Danaher, Jr., J.), rendered September 29, 1992, convicting defendant upon his plea of guilty of the crime of attempted promoting prison contraband in the first degree.

We initially reject defendant's contentions with respect to the plea proceedings. As requested, an interpreter was present during these proceedings who was to be used, as defendant agreed, only to translate when defendant had difficulty in understanding what was happening. At no point during his plea, however, did defendant indicate that he needed assistance and, in fact, he specifically stated that he understood everything. We also find no evidence of a conflict of interest involving defendant's attorney. Finally, as a second felony offender, defendant received the most lenient sentence authorized by statute. Any remaining contentions have been considered and found lacking in merit.

Cardona, P. J., Mercure, White, Weiss and Casey, JJ., concur. Ordered that the judgment is affirmed.